Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Nisha Brooks-Whittington
Assistant Federal Public Defender
Illinois State Bar No. 6285817
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Nisha_Brooks-Whittington@fd.org

*Attorney for Petitioner Adolfo Moctezuma Pineda

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Adolfo Moctezuma Pineda,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02336-RFB-MDC

**Stipulation to Extend Time to File Amended Petition (First Request)**

Petitioner Adolfo Moctezuma Pineda and Respondents, Todd Blanche, *et al.*, through undersigned counsel, hereby submit this Stipulation for an extension of time for Petitioner to file an amended petition for writ of habeas corpus, moving the deadline to September 8, 2026.

This extension is warranted because counsel for Mr. Pineda, Assistant Federal Public Defender Nisha Brooks-Whittington, needs additional time to confer with her client and to review records prior to filing the amended petition.

Currently, the amended petition is due on August 17, 2026. This is the first stipulation for an extension of time for the amended petition.

On August 13, 2026, Mr. Brooks-Whittington conferred with counsel for Respondents, Assistant United States Attorney Tamer Botros Botros. Mr. Botros agreed to this twenty-one-day extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Pineda to file an amended petition to September 8, 2026.

Respectfully submitted this 13th day of August, 2026.

TODD BLANCHE
Attorney General of the United States

/s/ *Tamer Botros Botros*
Tamer Botros Botros
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Nisha Brooks-Whittington*
Nisha Brooks-Whittington
Assistant Federal Public Defender

**IT IS HEREBY ORDERED t**hat Mr. Pineda has up to, and including, **September 8, 2026** to file an amended petition.

**DATED:** August 14, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**